

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, NJ 07061,<br><br>          Plaintiff,<br><br>v.<br><br>FSS AUTOMATIC SPRINKLER<br>P.O. Box 3116<br>Plymouth, MA 02361,<br><br>          Defendant. | CIVIL ACTION NO.<br>**05-10308 WGY**<br><br>JURY TRIAL DEMANDED<br><br>RECEIPT # 12182<br>AMOUNT $ 250.00<br>SUMMONS ISSUED ✓<br>LOCAL RULE 4.1 —<br>WAIVER FORM —<br>MCF ISSUED —<br>BY DPTY. CLK. M.P<br>DATE 2/16/05 |

Plaintiff, Federal Insurance Company, as and for its claim for relief against the defendant herein, states:

MAGISTRATE JUDGE RBC

### THE PARTIES

1. Plaintiff, Federal Insurance Company ("Federal") is an Indiana corporation with a principal place of business located at 15 Mountain View Road, Warren, New Jersey. At all relevant times, Federal was duly authorized to conduct business and issue policies of insurance within the State of Massachusetts.

2. Defendant, FSS Automatic Sprinkler ("FSS") is a Massachusetts corporation with a principal place of business located at P.O. Box 3116, Plymouth, Massachusetts. At all relevant times, FSS was engaged in the business of maintaining and servicing fire sprinkler systems.

## JURISDICTION

3.  Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. §1332, in that plaintiff and defendant are citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

4.  Venue is proper pursuant to 28 U.S.C. §1391, in that the events or omissions giving rise to the claims at issue occurred in this venue, and the defendant are subject to personal jurisdiction within this District.

## GENERAL ALLEGATIONS

5.  Federal issued a policy of insurance to New Seabury Properties, L.L.C. for real and commercial property located at Shore Drive West, Mashpee, Massachusetts (the "Subject Property") pursuant to policy number 35388292, with effective dates from October 1, 2003 through October 1, 2004 (the "Subject Policy").

6.  The Subject Property operates as a golf pro shop and restaurant and is equipped with a fire protection sprinkler system.

7.  Defendant, FSS, was retained for the purpose of performing routine maintenance of the fire protection sprinkler system at the Subject Property.

8.  On or about January of 2003, the fire protection sprinkler system at the Subject Property required service to repair the leakage of antifreeze from a section of the system.

9.  Defendant, FSS, performed the service call in or about January of 2003 and replaced five (5) sprinkler heads.

10. While replacing the five (5) sprinkler heads, employees of FSS entered the attic space of the Subject Property and displaced several sections of insulation in the attic.

11. The displacement of insulation in the attic allowed cold air to permeate areas of the building that were not designed to be exposed to low temperatures.

12. On January 16, 2004, a water sprinkler pipe froze in the attic area of the Subject Property, causing the water sprinkler pipe to burst.

13. The area where the water sprinkler pipe froze was located in a portion of the attic that had previously been protected by insulation.

14. At the time of the loss, the insulation protecting this portion of the attic had been displaced, allowing cold air to come into contact with the water sprinkler system supply pipes.

15. As a direct result of water flowing through the broken sprinkler pipes, the Subject Property sustained water damage to its contents, and interruption of its business and other damages.

16. As a direct and proximate result of the discharge of water, Federal Insurance Company's insured sustained damages to the Subject Property in the amount of $331,293.20.

17. New Seabury Properties, L.L.C., duly made claim under the Subject Policy for damages that resulted from the discharge of water and, upon compliance with any and all conditions precedent to such payment, Federal Insurance Company duly made payment under the Subject Policy in the amount of $331,293.20.

18. Under and pursuant to the terms of the Subject Policy and in accordance with common law principles of equitable subrogation, Federal Insurance Company is duly subrogated to the respective rights, claims, and causes of action of New Seabury Properties against defendant, FSS.

## COUNT I – NEGLIGENCE

19. Plaintiff incorporates by reference the preceding paragraphs as though they were set forth at length herein.

20. The aforementioned water damage and destruction of property was caused by and resulted from the negligent, careless and/or reckless acts and/or omissions of the defendant FSS

Automatic Sprinkler, by and through its agents, servants, representatives, workmen, employees and/or subcontractors acting with the scope and course of their employment, including, but not limited to, negligence in:

> (a) failing to properly and/or adequately train and supervise its agents, servants, representatives, workmen, employees and/or subcontractors to insure that proper means, methods, procedures and techniques were used when performing maintenance and service on the fire protection sprinkler system at the Subject Property;
>
> (b) failing to follow proper and accepted engineering and/or construction techniques in performing its maintenance and service of the System located at the Subject Property;
>
> (c) improperly removing and/or moving insulation in the attic area of the Subject Property which allowed air to circulate in areas of the attic that were not heated;
>
> (d) failing to properly maintain, inspect, test and/or service the System at the Subject Property;
>
> (e) breaching its agreement with New Seabury Properties by failing to provide services in a workmanlike manner;
>
> (f) failing to adhere to federal, state, and local codes and regulations relating to the maintenance, inspection and/or servicing of water fire alarm systems, including but not limited to the NFPA Standards and Regulations;
>
> (g) failing to warn plaintiff's insured of the danger to its property when defendant knew or should have known that its actions and/or inactions created an unreasonable risk of harm to the property of the plaintiff; and
>
> (h) otherwise failing to use due care under the circumstances;

As a direct and proximate result of defendant's negligence, carelessness and/or reckless acts and/or omissions, plaintiff's insured suffered damages and destruction to its property in an amount of $331,293.20.

WHEREFORE, plaintiff, Federal Insurance Company, demands judgment against defendant FSS Automatic Sprinkler for damages in an amount of $331,293.20, together with interest, costs, and other such relief as this Court may Order.

BY: /s/ Patrick J. Loftus III
PATRICK J. LOFTUS III
BBO# 303810
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

OF COUNSEL:

MARK E. UTKE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2164

PHILA1\2198075\1 147836.000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) FEDERAL INSURANCE COMPANY V. FSS AUTOMATIC SPRINKLER

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730, 740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   X   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

FILED
Clerk's Office
USDC Mass.
Date 2/14/05
By [signature]
Deputy Clerk

05 10308 WGY

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   N/A

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? N/A
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) ___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? N/A

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES___ No ___ OR IN THE WESTERN SECTION (BERKSHIRE FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES___ No

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES___ No ___ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? ___

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Plymouth

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ N/A OR WESTERN SECTION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME PATRICK J. LOFTUS, III
ADDRESS 9 PARK STREET, SUITE 500 BOSTON, MA 02108
TELEPHONE NO. 617-723-7770

(Category.frm - 09/92)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
FEDERAL INSURANCE COMPANY

**DEFENDANTS**
FSS AUTOMATIC SPRINKLER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Somerset (NJ)
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Plymouth (MA)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PATRICK J. LOFTUS, III
9 PARK ST., SUITE 500
BOSTON, MA 02108
617-723-7770

ATTORNEYS (IF KNOWN)

FILED
Clerk's Office
05-10308 WGY
Deputy Clerk

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC 1332(a)(1)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☒ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 331,293+

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 2/10/05

SIGNATURE OF ATTORNEY OF RECORD: Patrick J. Loftus III

UNITED STATES DISTRICT COURT