IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>15 Mountain View Road )<br>Warren, NJ 07061, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FSS AUTOMATIC SPRINKLER )<br>P.O. Box 3116 )<br>Plymouth, MA 02361. )<br>    Defendant. )<br>_____) | Civil Action No. 05-10308WGY |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter our appearance as counsel in this case for the defendant, FSS Automatic Sprinkler.

                               The Defendant,
                               FSS AUTOMATIC SPRINKLER,
                               By its attorneys,

                               "/s/" *Jennifer Ellis Burke*
                               Jennifer Ellis Burke
                               B.B.O. # 554632
                               Taylor, Duane, Barton & Gilman, LLP
                               160 Federal Street, 5th Floor
                               Boston, MA 02110

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>15 Mountain View Road )<br>Warren, NJ  07061, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>FSS AUTOMATIC SPRINKLER )<br>P.O. Box 3116 )<br>Plymouth, MA  02361. )<br>    Defendant. )<br>_____) | Civil Action No. 05-10308WGY |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter our appearance as counsel in this case for the defendant, FSS Automatic Sprinkler.

The Defendant,
FSS AUTOMATIC SPRINKLER,
By its attorneys,

"/s/" *Andrew Weiner* /JEB
Andrew R. Weiner
B.B.O. # 655170
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
