IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>15 Mountain View Road )<br>Warren, NJ  07061, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>FSS AUTOMATIC SPRINKLER )<br>P.O. Box 3116 )<br>Plymouth, MA  02361. )<br>    Defendant. ) | Civil Action No. 05-10308WGY |

## **STIPULATION**

The defendant, FSS Automatic Sprinkler, and the plaintiff, Federal Insurance Company, hereby stipulate that the time within which the defendant must answer, move, object or otherwise respond to the plaintiff's complaint has been extended to and includes May 4, 2005.

The Plaintiff,
Federal Insurance Company,
By its Attorneys,

"/s/" *Patrick Loftus/JEB*
Patrick J. Loftus, III
B.B.O. # 303310
9 Park Street, Suite 500
Boston, MA  02108

The Defendant,
FSS AUTOMATIC SPRINKLER,
By its attorneys,

"/s/" *Andrew Weiner/JEB*
Jennifer Ellis Burke
B.B.O. # 554632
Andrew R. Weiner
B.B.O. # 655170
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110