**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | **CIVIL ACTION NO.** |
| 15 Mountain View Road | : | **05-10308-WGY** |
| Warren, NJ  07061, | : | |
| | : | |
| Plaintiff, | : | **PARTIES' RULE 16** |
| | : | **JOINT STATEMENT** |
| v. | : | |
| | : | |
| FSS AUTOMATIC SPRINKLER | : | |
| P.O. Box 3116 | : | |
| Plymouth, MA  02361, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1, the parties to this matter have conferred

on May 26, 2005, and submit the following joint statement:

**I.    Discovery and Motion Schedule**

1. Service of written discovery: July 1, 2005.

2. Deadline for joining additional parties:  October 1, 2005.

3. Deadline for disclosure of expert witnesses and service of expert reports: December 1, 2005.

4. Deadline for disclosure of rebuttal expert witnesses and rebuttal expert reports: February 1, 2006.

5. Deadline for completion of all discovery other than expert depositions: March 1, 2006.

6. Deadline for filing of dispositive motions: May 1, 2006.

7. Deadline for filing oppositions to dispositive motions: June 1, 2006.

8. Deadline for filing responses to oppositions to dispositive motions: June 15, 2006.

9. Deadline for completion of expert depositions: 60 days after resolution of all pending dispositive motions.

10. Final pre-trial conference: Approximately 30 days following completion of expert depositions or 30 days following disposition of any dispositive motions.

11. Trial date: To be scheduled at final pre-trial conference.

## II.    Trial Before Magistrate Judge

Both parties assent to trial before a magistrate judge.

## III.    Certifications of Parties

The parties will file separately the certifications required by Local Rule 16.1(D)(3).

Respectfully Submitted,


/s Andrew R. Weiner
JENNIFER ELLIS BURKE
BBO #554632
ANDREW R. WEINER
BBO #655170
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
617-654-8200
Fax:  617-482-5350
e-mail:  aweiner@TDBGLLP.com


Attorneys for Defendant,
FSS Automatic Sprinkler

/s  Patrick J. Loftus (w/ assent)
PATRICK J. LOFTUS III
BBO # 303310
9 Park Street, Suite 500
Boston, MA  02108
617-723-7770
Fax: 617-248-9752
e-mail:  soxdctr@aol.com


OF COUNSEL:

MARK E. UTKE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
215-665-2164
Fax:  215-601-2164
e-mail:  mutke@cozen.com


Attorneys for Plaintiff,
Federal Insurance Company