IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY )
15 Mountain View Road )
Warren, NJ 07061, )
 )
    Plaintiff, )
 )        Civil Action No. 05-10308WGY
v. )
 )
FSS AUTOMATIC SPRINKLER )
P.O. Box 3116 )
Plymouth, MA 02361. )
    Defendant. )

## CERTIFICATION OF COUNSEL AND PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)(4)

We certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs.

The Defendant,
FSS Automatic Sprinkler,

By its Attorneys,

_____
Jennifer Ellis Burke
B.B.O. #554632
Andrew R. Weiner
B.B.O. # 655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street
Boston, MA 02110
(617) 654-8200

The Defendant's Insurer,
Tudor Insurance Company,

By its Claim Representative,

_____
Gregory Risdo
Claims Examiner
TUDOR
INSURANCE COMPANY
400 Patson's Pond Drive
Franklin Lakes, NJ 07417-2600
(201) 847-2801