IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, NJ  07061,<br><br>                    Plaintiff,<br><br>v.<br><br>FSS AUTOMATIC SPRINKLER<br>P.O. Box 3116<br>Plymouth, MA  02361,<br><br>                    Defendant. | CIVIL ACTION NO.<br>05-10308WGY<br><br><br><br><br><br>CERTIFICATION OF<br>COUNSEL AND PARTIES<br>PURSUANT TO LOCAL<br>RULE 16.1(D)(4) |

    We certify that we have conferred with a view to establishing a budget for the costs of conduction the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs.

The Plaintiff,
Federal Insurance Company,

By its Attorneys,

_____
MARK E. UTKE
**B.B.O. # _____**
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
215-664-2164

The Plaintiff's Insurer
Chubb & Son, Inc.,

By its Claim Representative

_____
Pat Healy
CHUBB & SON, INC.
12 Vreeland Road, P.O. Box 975
Florham Park, NJ  07932-0975
973-360-6813

PHILA1\2287590\1 147836.000


*[signature]* by mcu

_____
PATRICK J. LOFTUS III
BBO #303310
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

1\2287590\1 147836.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | CIVIL ACTION NO. |
| Plaintiff, | 05-10308WGY |
| v. | |
| FSS AUTOMATIC SPRINKLER, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Mark E. Utke, Esquire, hereby certify that a true and correct copy of the foregoing document was forwarded by U.S. Mail on the 28 day of June, 2005, to the parties listed below:

Jennifer Ellis Burke, Esquire
Andrew R. Weiner, Esquire
TAYLOR, DUANE, BARTON & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA  02110

_____
MARK E. UTKE

1\2297986\1 147836.000