IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : | CIVIL ACTION NO. |
| : | 05-10308WGY |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| FSS AUTOMATIC SPRINKLER, : | |
| : | |
| Defendant. : | |

## SUPPLEMENTAL AFFIDAVIT OF MARK E. UTKE
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Mark E. Utke, Esquire, being duly sworn, depose and say:

1. This Supplemental Affidavit is submitted in support of the Motion filed by Patrick J. Loftus III, Esquire, to admit Mark E. Utke, Esquire, practice, *pro hac vice* in this matter.

2. I am familiar with the local rules of the United States District Court for the District of Massachusetts and will comply with these rules throughout the handling of this matter.

3. I am associated with Patrick J. Loftus III, Esquire, an attorney currently and legally admitted to practice in the Commonwealth of Massachusetts.

MARK E. UTKE

SWORN TO AND SUBSCRIBED

before me this 20th day of July, 2005.

_____
NOTARY PUBLIC

1\2310356\1 147836.000

NOTARIAL SEAL
DENISE M. PAGANO, NOTARY PUBLIC
PHILADELPHIA CITY, COUNTY OF PHILADELPHIA
MY COMMISSION EXPIRES AUGUST 7, 2005