# United States District Court
# District of Massachusetts

FEDERAL INSURANCE COMPANY,
    Plaintiff,

v.                      CIVIL ACTION NO. 05-10308-RBC

FSS AUTOMATIC SPRINKLER,
    Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    The parties shall serve a full and complete expert reports *on or before the close of business on Friday, December 23, 2006.*

    (2)    The parties shall serve a full and complete rebuttal expert reports *on or before the close of business on Thursday, February 23, 2006.*

    (3)    All discovery with the exception of expert depositions shall be filed and/or served *on or before the close of business on Tuesday, February 21, 2006*

and ***COMPLETED on or before the close of business on Thursday, March 23, 2006.***

(4) Counsel shall report for a further scheduling conference on ***Wednesday, March 29, 2006 at 12 Noon*** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. At said conference, the Court should hear counsel as to (a) the status of discovery, (b) whether the case should be sent to mediation, and (c) any dispositive motions which are contemplated, and if any are, a schedule for the filing of pleadings relative to the motions. Counsel shall be prepared to discuss any contemplated dispositive motions in detail.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 20, 2005.