UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FSS AUTOMATIC SPRINKLER<br><br>　　　　　Defendant. | C.A. No. 05-10308WGY |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been amicably resolved by and between the parties, it is hereby Dismissed with Prejudice and without costs.

COZEN O'CONNOR

DATE: 1/4/06          BY: _____
　　　　　　　　　　　　　MARK E. UTKE
　　　　　　　　　　　　　1900 Market Street
　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　215-665-2164

　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　TAYLOR, DUANE, BARTON
　　　　　　　　　　　　　　& GILMAN, LLP

DATE: 1/17/06         BY: _____
　　　　　　　　　　　　　ANDREW R. WEINER
　　　　　　　　　　　　　160 Federal Street, 5th Floor
　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　617-654-8200

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 18, 2006.

_Andrew R. Weiner/JEB_
Andrew R. Weiner

　　　　　　　　　　　　　Attorneys for Defendant